

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2013

No. 04-12-00144-CV

Katherine Elizabeth **WILLIAMS**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. 09-1797-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
             Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is denied.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2013.

_____
Keith E. Hottle
Clerk of Court